BUCHALTER NEMER
A Professional Corporation
JEFFREY B. KIRSCHENBAUM (SBN: 152290)
LORI S. LIU (SBN: 225599)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: jkirschenbaum@buchalter.com

Attorneys for Plaintiff
FIRST BANK, a Missouri banking corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST BANK, a Missouri banking corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 1:10-cv-00548 LJO SMS<br><br>**FURTHER STIPULATION AND ORDER CONTINUING HEARING DATE OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date:　　July 1, 2010<br>Time:　　8:30 a.m.<br>Dept.:　　4 |

　　　　Plaintiff First Bank, a Missouri banking corporation, and defendant American Contractors Indemnity Company, a California corporation, (hereinafter, "ACIC") hereby stipulate as follows:

　　　　WHEREAS, defendant ACIC noticed its motion to dismiss for hearing on June 10, 2010.

　　　　AND WHEREAS, the hearing was continued by stipulation and order to July 1, 2010.

　　　　AND WHEREAS, plaintiff First Bank and defendant ACIC have agreed to settle this lawsuit and are in the process of documenting a settlement agreement that will result in dismissal of this lawsuit.

　　　　AND WHEREAS, plaintiff First Bank and defendant ACIC agree that a 21-day continuance of the hearing and due dates for opposition and reply briefs would serve the interests of justice.

AND WHEREAS, one prior continuance of the hearing date or briefing schedule has been sought or obtained.

NOW THEREFORE, it is stipulated and agreed that defendant ACIC's motion to dismiss shall be heard on July 22, 2010 at 8:30 a.m., in Courtroom 4 of the above-entitled court; plaintiff First Bank's opposition brief shall be filed and served on or before July 8, 2010; and, defendant ACIC's reply brief shall be filed on or before July 15, 2010.

DATED:  June 16, 2010                    BUCHALTER NEMER
                                         A Professional Corporation


                                         By:  */s/ Jeffrey B. Kirschenbaum*
                                              Jeffrey B. Kirschenbaum
                                              Attorneys for Plaintiff, FIRST BANK

DATED:  June 16, 2010                    RAUL L. MARTINEZ
                                         MARK A. OERTEL
                                         LEWIS BRISBOIS BISGAARD & SMITH LLP


                                         By*:      /s/ Raul L. Martinez*
                                              Raul L. Martinez
                                              Attorney for AMERICAN CONTRACTORS
                                              INDEMNITY COMPANY

## **ORDER**

Good cause appearing therefore:

1.   The hearing of defendant ACIC's motion to dismiss is continued to July 22, 2010, at 8:30 a.m., in Courtroom 4 of the above-entitled court.

2.   Plaintiff First Bank's opposition brief shall be filed and served on or before July 8, 2010.

3.   Defendant ACIC's reply brief shall be filed and served on or before July 15, 2010.

**IT IS SO ORDERED.**

Dated:   **June 16, 2010**                          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE