BUCHALTER NEMER
A Professional Corporation
JEFFREY B. KIRSCHENBAUM (SBN: 152290)
LORI S. LIU (SBN: 225599)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: jkirschenbaum@buchalter.com

Attorneys for Plaintiff
FIRST BANK, a Missouri banking corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD DIVISION

| | |
|---|---|
| FIRST BANK, a Missouri banking corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; and DOES 1-50,<br><br>　　　　　　Defendants. | Case No. 1:10 CV 548 LJO SMS<br><br>**FURTHER STIPULATION AND ORDER CONTINUING HEARING DATE OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date:　　July 22, 2010<br>Time:　　8:30 a.m.<br>Dept.:　　4 |

Plaintiff First Bank, a Missouri banking corporation, and defendant American Contractors Indemnity Company, a California corporation, (hereinafter, "ACIC") hereby stipulate as follows:

WHEREAS, defendant ACIC noticed its motion to dismiss for hearing on June 10, 2010.

AND WHEREAS, the hearing was continued by stipulation and order to July 1, 2010.

AND WHEREAS, the hearing was further continued by stipulation and order to July 22, 2010.

AND WHEREAS, plaintiff First Bank and defendant ACIC have agreed to settle this lawsuit and are in the process of documenting a settlement agreement that will result in dismissal of this lawsuit.

AND WHEREAS, the documentation of the settlement of this lawsuit has taken longer than initially expected since it is complex and involves multiple parties and agreements.

AND WHEREAS, plaintiff First Bank and defendant ACIC agree that a 21-day continuance of the hearing and due dates for opposition and reply briefs would serve the interests of justice.

AND WHEREAS, two prior continuances of the hearing date or briefing schedule have been sought or obtained.

NOW THEREFORE, it is stipulated and agreed that defendant ACIC's motion to dismiss shall be heard on August 12, 2010 at 8:30 a.m., in Courtroom 4 of the above-entitled court; plaintiff First Bank's opposition brief shall be filed and served on or before July 29, 2010; and, defendant ACIC's reply brief shall be filed on or before August 5, 2010.

DATED: July 2, 2010                         BUCHALTER NEMER
                                            A Professional Corporation


                                            By:  */s/ Jeffrey B. Kirschenbaum*
                                                 Jeffrey B. Kirschenbaum
                                                 Attorneys for Plaintiff, FIRST BANK

DATED: July 2, 2010                         RAUL L. MARTINEZ
                                            MARK A. OERTEL
                                            LEWIS BRISBOIS BISGAARD & SMITH LLP


                                            By:  */s/ Raul L. Martinez*
                                                 Raul L. Martinez
                                                 Attorney for AMERICAN CONTRACTORS
                                                 INDEMNITY COMPANY

**ORDER**

Good cause appearing therefore:

1. The hearing of defendant ACIC's motion to dismiss is continued to August 12, 2010, at 8:30 a.m., in Courtroom 4 of the above-entitled court.

2. Plaintiff First Bank's opposition brief shall be filed and served on or before July 29, 2010.

1   3.   Defendant ACIC's reply brief shall be filed and served on or before August 5, 2010.

IT IS SO ORDERED.

Dated: July 2, 2010                               /s/ Lawrence J. O'Neill
                                                  United States District Judge