# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST BANK, | CASE NO. CV-F-10-548 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| AMERICAN CONTRACTORS INDEMNITY COMPANY, | |
| Defendant. / | |

On July 23, 2010, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED with prejudice. All dates are VACATED, including the August 12, 2010 hearing on the pending motion to dismiss. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   July 26, 2010**                          /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE

1